**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARGARET FOWLER, <br><br>*Plaintiff*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br>*Defendants*. | Civil Action No. 1:18-cv-0634 (RDM) |

**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants District of Columbia (the District) and the D.C. Alcoholic Beverage Regulation Administration (ABRA) (collectively, "Defendants") herein file their Reply to Plaintiff's Opposition [27] to their Motion to Dismiss Plaintiff's Amended Complaint [24]. Plaintiff's threadbare Opposition is largely unresponsive to the arguments raised in Defendants' Motion. Moreover, Plaintiff concedes that ABRA is *non sui juris* and that she cannot proceed on her Age Discrimination in Employment (ADEA) claims. Therefore, the Court should grant Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

### I. Plaintiff Concedes Defendants' Arguments That ABRA is *Non Sui Juris* And Her ADEA Claim Fails.

Defendants argued that ABRA is *non sui juris* and should be dismissed from the instant lawsuit. Plaintiff does not contest this argument in her Opposition. *See generally* Pl.'s Opp'n. Indeed, Plaintiff's Opposition is completely silent on this issue. Similarly, Plaintiff does not contest Defendants' arguments that her ADEA claims are barred by the statute of limitations, and that the Amended Complaint does not plead that the alleged adverse actions were taken because of her age. Plaintiff's Opposition does not address *any* of Defendants' arguments regarding her

ADEA claims.  Therefore, she has conceded both her ADEA claim and that ABRA is *non sui juris*.  *See Hopkins v. Women's Div., Gen. Bd. of Glob. Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003) ("It is well understood in this Circuit that when a plaintiff files an opposition to a dispositive motion and addresses only certain arguments raised by the defendant, a court may treat those arguments that the plaintiff failed to address as conceded.")  Accordingly, the Court should dismiss ABRA as a defendant and dismiss Count II of the Amended Complaint.

## II.     Plaintiff Has Failed to State a Hostile Work Environment Claim.

Plaintiff does not address Defendants' arguments that the actions she complains of are not sufficient to constitute a hostile work environment claim.  In addressing Defendants' argument that the Amended Complaint fails to adequately plead that the alleged actions comprising her hostile work environment claim were taken because of her age or her gender, Plaintiff merely re-iterates the allegations in the Amended Complaint that Plaintiff was a woman subjected to alleged actions by a male supervisor and that younger male colleagues were not subjected to the same actions.  *See* Pl.'s Opp'n. at 4-5.  Not only does this argument not address the issue of whether the alleged actions are sufficient to constitute a hostile work environment, but it also does not address the glaring deficiency in the Amended Complaint—namely that Plaintiff does not allege she was subjected to the various actions alleged *because* of her gender or age.  This simply does not satisfy the pleading requirements set forth in *Iqbal*.  *Ashcraft v. Iqbal*, 556 U.S. 662, 678 (2009).  This causal connection is an element of her claim, and to proceed, Plaintiff must allege specific facts regarding that connection.  She has not done so, and therefore her hostile work environment claims should be dismissed.

## **CONCLUSION**

For the foregoing reasons, along with the reasons stated in Defendants' initial Motion, the Court should dismiss Plaintiff's Amended Complaint with prejudice.

Date:  June 7, 2019

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Acting Deputy Attorney General
Civil Litigation Division

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*/s/ Michelle G. Hersh*
MICHELLE G. HERSH [980097]
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Phone: 202-807-0360
Fax: 202-741-8982
Email:  michelle.hersh@dc.gov

*Counsel for Defendants District of Columbia and the D.C. Alcoholic Beverage Regulation Administration*