# EXHIBIT B

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>570-2019-02762 |
|---|---|---|

D.C. Office Of Human Rights                              and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Margaret G. Fowler** | Home Phone (Incl. Area Code) | Date of Birth<br>**1954** |
|---|---|---|
| Street Address<br>**1013 Wahler Place SE, Washington, DC 20032** | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**ABRA** | No. Employees, Members<br>**Unknown** | Phone No. (Include Area Code) |
|---|---|---|
| Street Address<br>**2001 14TH Street NW, Washington, DC 20009** | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **01-11-2019**    Latest: **06-25-2019**
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was hired by Cassandra Ibrams as Program Specialist on August 17, 1987.
I have held the title of Licensed Specialist since 1994.
I have filed previous complaints about my Supervisor, Sean Gordy, with the EEOC before yet he continues to treat me poorly in the workplace. Both he and Karen Jackson, Supervisor, have continued to mark my cases with the initials "MF" which is against the decision that was reached in a previous case which said that my cases would be marked with the initials "MGF". My disability has not been accommodated even after I provided documentation to my Employer. Mr. Gordy continuously makes my job more difficult by taking my case files and moving them. I have been given a large amount of work even though I have difficulty getting through such a large amount of cases with my disability. I filed an EEOC charge previously, 570-2018-00225, and I have been retaliated against in the workplace ever since I filed this charge.
I believe I have been discriminated against on the basis of my disability in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Aug 01, 2019    *[signature: Margaret G. Fowler]*
Date             Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>570-2019-02762 |
|---|---|---|

D.C. Office Of Human Rights                                                                    and EEOC
*State or local Agency, if any*

I believe I have been discriminated against on the basis of my age in violation of the Age Discrimination in Employment Act of 1967, as amended.
I believe I have been discriminated against in retaliation for complaining in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>Aug 01, 2019  *Margaret G. Fowler*<br>Date      Charging Party Signature | NOTARY – *When necessary for State and Local Agency Requirements*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
|---|---|