UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET FOWLER,<br><br>  *Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>  *Defendants*. | Civil Action No. 1:18-cv-00634-RDM |

## NOTICE OF CHANGE OF ADDRESS

Please note that the address of the Office of the Attorney General for the District of Columbia has changed to 400 6th Street, NW, Washington, D.C. 20001.

Date:  September 2, 2020

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*/s/ Michelle G. Hersh*
MICHELLE G. HERSH [980097]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone:  202-807-0360
Fax:  202-741-8982
E-mail:  michelle.hersh@dc.gov
*Counsel for Defendants District of Columbia and the District of Columbia Alcoholic Beverage Regulation Administration*