UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET FOWLER,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant*. | Civil Action No. 1:18-cv-00634-RDM |

## ORDER

Upon consideration of Defendant District of Columbia's Motion for Summary Judgment, any opposition and reply thereto, and the entire record, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of Defendant District of Columbia on Plaintiff's Title VII and FMLA retaliation claims.

**SO ORDERED.**

---
Randolph D. Moss
United States District Judge